# United States District Court
## For The District of Wyoming

| | |
|---|---|
| DAWN BRAY, DARREN BRESSLER, JESSIE LOPEZ, and DEBBIE YOST, <br><br> Plaintiffs, <br><br> vs. <br><br> MARS DEVELOPMENT, LLC, a Colordo company, trade name MARS HOSPITALITY, dba HOLIDAY INN, <br><br> Defendants. | ) ) ) ) ) ) ) Case No. 10-CV-68-D ) ) ) ) ) ) |

### Order to Show Cause

This matter comes before the Court on Plaintiffs Motion to Enforce Settlement Agreement and for Sanctions. (ECF 55.) The Court has considered the motion and read the attached correspondence. In Wyoming, it does not pay to be the north end of a south-bound horse. Yet in Wyoming we honor our settlement agreements, and we no longer send checks via Pony Express. It appears Defendants have failed to hold up their end of the bargain.

Accordingly, the Court orders that defense counsel and an insurance company representative appear **in person** at the Federal Courthouse at 111 So. Wolcott St. in Casper, Wyoming at 9:00 am Thursday, July 22 to show cause why they have failed to comply with the terms of the settlement agreement. Plaintiffs and their attorneys may appear in person or by phone. **If defense counsel and Defendants do not wish to appear, they must present to the**

**Court, by noon on Wednesday, July 21 evidence that the required payments have been made.**

  IT IS SO ORDERED.

  DATED this _____ day of July, 2011.

              *William F. Downes*
              _____
               UNITED STATES DISTRICT JUDGE